**01–2141.   Cross v. Krishnan.**
Montgomery App. No. 18772. This cause is pending before the court as a discretionary appeal. Upon consideration of appellants' application for dismissal,
    IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
    ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Friday, January 4, 2002*

## MOTION DOCKET

**01–1613.   SCIT, Inc. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 97–E–6750. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion for extension of time to file appellant's merit brief in this case pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),
    IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before February 27, 2002.

## MISCELLANEOUS DISMISSALS

**01–1448.   State ex rel. York Internatl. Corp. v. Indus. Comm.**
Franklin App. No. 00AP–1136. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,
    IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
    ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, January 9, 2002*

## MOTION DOCKET

**00–1705.   Cincinnati v. Beretta U.S.A. Corp.**
Hamilton App. Nos. C–990729, C–990814 and C–990815. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of the motion of appellant city of Cincinnati for leave to provide citation of authority,
    IT IS ORDERED by the court that the motion to leave to provide citation of authority be, and hereby is, granted, and appellant may file the citation of the authority within seven days of the date of this entry.

**01–1589.   State v. Leonard.**
Hamilton C.P. No. B0005891. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Hamilton County. Upon consideration of appellant's motion for extension of time to transmit the record,
    IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to February 4, 2002. No further extensions will be granted.